IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| **CATHERINE DENISE SILVESTRO,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| VS. ) | No. 2:23-cv-00001 |
| ) | JURY DEMANDED |
| **WAL-MART STORES EAST, LP,** ) | |
| ) | |
| **Defendant.** ) | |

### AGREED STIPULATION AND ORDER OF
### FINAL DISMISSAL WITH PREJUDICE

This matter came before the Court on the parties' joint motion for entry of an agreed stipulation and order of final dismissal with prejudice pursuant to Fed. R. Civ. P. 41. It appears to the Court, as evidenced by the signatures of the parties' respective counsel below, that all matters in controversy have been compromised and settled. Further, plaintiff and plaintiff's counsel represent, by plaintiff's counsel's signature below, that they have or will comply with all requirements of T.C.A. § 71-5-117 regarding TennCare and Medicare, that plaintiff has no child support liens or arrearages outstanding or currently owed, and that all liens, of any type or kind, including, but not limited to, TennCare and/or Medicare, will be satisfied by plaintiff from the settlement proceeds as required by law.

Based on the agreement of the parties, the joint motion of the parties, and the record as a whole, it appears to the Court that the parties' joint motion should be granted and that this matter should be dismissed with prejudice.

It is therefore ORDERED, ADJUDGED, AND DECREED that the parties' joint motion [Doc. 27] is hereby GRANTED and this matter is hereby dismissed with prejudice pursuant to Fed. R. Civ. P. 41.

1

**SO ORDERED:**

                                            /s/Cynthia Richardson Wyrick
                                            United States Magistrate Judge

**APPROVED FOR ENTRY:**

s/ Maria T. de Quesada
G. Andrew Rowlett, No. 16277
Maria T. de Quesada, No. 24389
HOWELL & FISHER, PLLC
3310 West End Avenue, Suite 550
Nashville, TN 37203-1089
(615)244-3370
arowlett@howell-fisher.com
mdequesada@howell-fisher.com
Attorneys for Defendant

s/ Evan "Mac" Meade (with express permission by M. de Quesada)
Evan "Mac" Meade, No. 025031
MEADE LAW GROUP
215 North Boone Street
Johnson City, TN 37604
(423) 926-7112
Mac@MeadeLawGroup.com
Attorney for Plaintiff

s/ Richard Phillips (with express permission by M. de Quesada)
Richard Phillips, No. 27895
109 East Main Street, Suite 2
Jonesborough, TN 37659
(423) 341-8204
rjpmilligan@gmail.com
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

      I certify that a copy of the foregoing was electronically filed with the Court, and should therefore be served via the court's electronic filing system, upon:

Evan "Mac" Meade
MEADE LAW GROUP
215 North Boone Street
Johnson City, TN 37604
Mac@MeadeLawGroup.com

Richard Phillips
109 East Main Street, Suite 2
Jonesborough, TN 37659
rjpmilligan@gmail.com

      on this the 26th day of December, 2024.

                                          s/ Maria T. de Quesada